FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS GARCIA,<br><br>Defendant. | No. 4:21-CR-06005-SAB-1<br><br>ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE<br><br>**ECF No. 40** |

On August 11, 2021, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 40). With his consent, Defendant appeared by video and was represented by Richard Smith. Assistant United States Attorney Benjamin Seal represented the United States.

At the hearing, Defense counsel clarified that Defendant seeks termination of Special Condition No. 10 and Special Condition No. 11 (ECF No. 19). The former imposes a requirement that Defendant wear a GPS monitoring device at all times. The latter imposes a requirement that Defendant remain restricted to his residence except for certain approved events.

ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE - 1

Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion. Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 40**) is **GRANTED**.

2. Special Condition No. 10 (**ECF No. 19**) shall be **STRICKEN**.

3. Special Condition No. 11 (**ECF No. 19**) shall be **STRICKEN**.

4. All other conditions of release shall remain in effect.

DATED August 11, 2021.

<em>s/Mary K. Dimke</em><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE